IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

v.                              CIVIL ACTION NO.   2:16-cv-09232

TARA RETAIL GROUP, LLC,

        Defendant.

### ORDER

On March 12, 2018, this Court held a motions hearing in the above styled case. For reasons more fully stated on the record at that hearing, the Court **GRANTS** Defendant's Motion to Refer Counterclaim, (ECF No. 55), and **REFERS** the Counterclaim, (ECF No. 28), to the **UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRIGNIA**. Furthermore, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's cross-motion to withdraw reference. (ECF No. 56.)

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     March 12, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE