# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/12/2018                                                              Case Number 2:16-cv-09232
Case Style: U.S. Bank, National Association vs. Tara Retail Group, LLC
Type of hearing Motion Hearing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                  Courtroom Deputy Larry Ash
Attorney(s) for the Plaintiff or Government John H. Skaggs, Steven Thomas


Attorney(s) for the Defendant(s) J. Mark Adkins, Paul Chronis, Tim Palmer


Law Clerk Hunter Yoches                                                      Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

10:03 am   to 10:56 am
Total Court Time: 0 Hours 53 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start:  10:00 a.m.
Actual Start:  10:03 a.m.


Parties note appearances.
Court addresses motions.
Counsel argues motions.
Court Grants motion to refer.
Court Denies cross motion without prejudice.
Court Denies as Moot motions to dismiss and amend.


Court adjorned: 10:54 a.m.